BENJAMIN TAISHOFF et al., Appellants, *v.* ANNIE V. ELKEMA et al., Respondents.

*Taishoff* v. *Elkema*, 175 App. Div. 974, affirmed.
(Argued February 27, 1919; decided March 18, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 9, 1916, which affirmed a final judgment in favor of defendants entered upon an order of Special Term sustaining a demurrer to and directing a dismissal of the complaint. Defendants are substituted trustees of the estate of Mary A. Buskirk, deceased. The complaint alleged that their predecessors as trustees entered into a contract with plaintiffs to lease to them a certain part of the trust estate but breached said contract and demanded damages for said breach. The question was whether defendants were personally liable for the breach of their predecessor trustees.

*Max Schleimer* for appellants.
*William A. Purrington* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and CRANE, JJ. Not sitting: McLAUGHLIN, J.